IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEN N. BROWN, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 4:08-cv-00413 |
| SHELL OIL COMPANY, SHELL | § | |
| CHEMICAL, L.P, RADIATOR | § | |
| SPECIALTY COMPANY, AND JOHN | § | |
| DOES 1 THROUGH 250, INCLUSIVE, | § | |

Defendants.

## PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY

COMES NOW Plaintiff, BEN N. BROWN, SR., in the above-referenced matter and files his Certificate of Written Discovery and certifies that true and correct copy of the following instrument was served on counsel for Defendant SHELL OIL COMPANY, SHELL CHEMICAL, L.P,.  The document being served is:

1. Plaintiff BEN N. BROWN, SR., Requests for Production of Documents to Defendants Shell Oil Company and Shell Chemical, LP Set Two.

Respectfully submitted,

S. REED MORGAN
Law Office of S. Reed Morgan, P.C.
P.O. Box 38
Comfort, TX 78013
Telephone (830) 995-2464
Facsimile (830) 995-2728

And

JEFFREY NADRICH
Nadrich & Cohen

                                                   12100 Wilshire Boulevard, Suite 1250
                                                   Los Angeles, CA 90025-1030
                                                   Telephone (800) 718-4658
                                                   Facsimile (800) 995-2980

                                                 ATTORNEYS OF RECORDS FOR PLAINTIFF

                                                 By: /s/ S. Reed Morgan
                                                    S. Reed Morgan
                                                    Texas State Bar #14452300
                                                    Federal ID #6080

## **CERTIFICATE OF SERVICE**

      I, S REED MORGAN, hereby certify that a true and correct copy of the above and foregoing instrument was served *via* electronic mail notification upon the following counsel of record:

Defendants, SHELL OIL COMPANY and SHELL CHEMICAL LP

Stan Perry
Haynes and Boone, LLP
One Houston, Center
1221 McKinney St., Ste. 2100
Houston, TX  77010

Jeffrey I. Mandel
JUGE, NAPOLITANO, GUILBEAU, RULI,
    FRIEMAN & WHITELEY
3320 West Esplanade Ave. North
Metairie, Louisiana 70002

Defendant, RADIATORY SPECIALTY COMPANY

James M. Riley, Jr.
COATS, ROSE, YALE, RYMAN & LEE, P.C.
3 Greenway Plaza, Ste. 2000
Houston, TX 77046

On this the 20th, day of October, 2008.

                                                   /s/ S. Reed Morgan
                                                   S. Reed Morgan