DECLARATION OF MELVYN KOPSTEIN

1.	I have Master of Science and Ph.D. degrees in chemical engineering from the University of Pennsylvania, and a BS degree in chemical engineering from Drexel University.

2.	As my resume shows, from 1970 to 1971 I was a chemical process engineer for Air products and Chemicals. I designed fluidized bed reactors, reformers, distillation, and other refinery process equipment.

3.	From 1974 to 1976, after obtaining my advanced degrees in chemical engineering, I worked for Exxon as a research engineer. I performed chemical engineering research as part of Exxon's programs to produce synthetic petroleum and natural gas equivalents from coal. My work included the hydrotreatment of refinery intermediates. Essentially, I converted petroleum residue to hydrogen and removed the sulfur.

4.	From 1977 to 1982, I worked as a program manager at the United States Department of Energy (DOE) where my program responsibilities involved design, implementation, and oversight of projects concerning the processing of peat and coal to synthetic petroleum and natural gas products and to other hydrocarbons.

5.	After leaving the DOE in 1982, I worked as a consultant for approximately six years, during which time I worked for DOE, EPA, the Los Alamos National Lab, and several private companies. I applied chemical engineering principles in environmental and energy projects.

6.	In 1988, I started working as an expert in chemical engineering in matters involving litigation. As a forensic chemical engineer, I apply my knowledge, experience and training as a chemical engineer - including specialized chemistry principles I have written about in the peer reviewed literature - in investigating exposures to chemical

products and the adequacy of warning labels and material safety data sheets (MSDS).

7. Chemical engineering is one of the broadest fields of engineering. It is a discipline founded on mathematics and on all the basic sciences, namely, chemistry, physics, as well as biology, making it an interdisciplinary field of study. Some of the global principles underlying the discipline are conservation of mass, energy and momentum, unit operations, and reaction kinetics. A chemical engineer is uniquely suited to study the evaporation of benzene from complex petrochemicals (such as reformate and other solvents and other products at issue such as Liquid Wrench and WD-40), which requires knowledge of thermodynamics and mass transfer, as well as movement of the vapor through the air to a breathing zone.

8. As a chemical engineer, much of my work is in the industrial hygiene field. I have specialized knowledge about the manufacture and exposure-related properties of reformate, solvents, and products such as Liquid Wrench and WD-40 that are formulated with raffinate, toluene, VM&P naphtha, and other petrochemical solvents. Industrial hygienists must rely on accurate information about the benzene content and other exposure-specific properties of products such as those at issue in this matter as they do their jobs of anticipating, recognizing, evaluating, and controlling exposures in the workplace.

9. I am an active peer reviewer for the Journal of Occupational and Environmental Hygiene, Annals of Occupational Hygiene, and the International Journal of occupational and Environmental Hygiene. I also provide peer review for American Industrial Hygiene Association (AIHA) professional development courses (PDC). I am a full member of AIHA and serve on its Stewardship and Sustainability Committee.

10. Currently, I am an active peer reviewer for the <u>Journal of Occupational and Environmental Hygiene</u> (JOEH) and the <u>Annals of Occupational Hygiene</u>. The JOEH is a joint publication of the American Industrial Hygiene Association (AIHA) and the American Conference of Governmental Industrial Hygienists (ACGIH). It is the authoritative peer-reviewed industrial hygiene journal in the United States. It is commonly known that a peer reviewer is accepted as an expert in his or her field.

## Methodology

11. Using Shell's own peer reviewed methodology, I estimated Mr. Brown's exposures to benzene when he contacted (dermal and/or via inhalation) reformate and other petrochemicals while addressing paraffin plugs in lines.

12. My methodology relies on (page 4 of my report) "what he [Nicas] learned about Mr. Brown's work history…" Mr. Brown's deposition testimony details his extensive use of these and other products throughout his career at Shell. His testimony also describes odors imparted by reformate and other petrochemicals.

13. I employed Shell's olfaction-based to estimate Mr. Brown's exposures to benzene. Shell utilized widely accepted principles of Olfaction to reliably estimate retrospective exposures to benzene experienced by its workers. Shell's methodology for estimating exposures was peer reviewed, and was validated by actual industrial hygiene data. I discussed Olfaction on pages 3 and 4 of my expert report.

14. According to Dr. Howard Kusnetz, who is a past AIHA president and a retired manager of Safety and Industrial Hygiene at Shell Oil, a) Shell's historic exposure study[1] (hereinafter the "Shell study") used methods representing "the highest state of the

---

[1] Shell Oil Company; <u>Estimate Of Historic Benzene Exposures At Two Petroleum Refineries</u>; February, 1983

art" in arriving at historic data estimates,[2] and b) Shell's exposure estimates from odor perception were developed from peer reviewed literature.[3]

15.     Dr. Kusnetz further testified that Shell's odor-based (in terms of quantifying airborne benzene concentrations that ensued from task-based exposures) historic exposure assessment study was peer reviewed by the National Institute of Occupational Safety and Health (NIOSH).[4]  Before conducting the assessment, Shell consulted with "professors of industrial hygiene."[5]

16.     The Shell study incorporates the widely-known and important effect of olfactory adaptation (odor fatigue).  On the subject of odor fatigue, Mr. Kusnetz testified: a) "Olfactory fatigue generally says that if the nose, the olfactory nerves, are overwhelmed with some odor, whether it's perfume or bacon grease or something, whatever it is, eventually the nerves deaden, they tire and you will not be able to smell what you're smelling, what you had been smelling."[6] b) "If he was in – or we make the inference that he was in the 50-part-per-million level, say, and then he couldn't suddenly smell it, the inference would be, well, it was still there but olfactory fatigue had set in."[7] The Shell study took olfactory fatigue into account by increasing the sensory data by one (which increases the airborne benzene concentration for the lowest exposures by 150% -

---

[2] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Pages 12 and 13
[3] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Pages 27 91
[4] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Page 93
[5] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Page 95
[6] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Page 37
[7] March 3, 2006 Deposition of Kusnetz in Cause No. A-03027200 128th Judicial District of Orange County, Texas at Page 42

from 3 ppm to 7.5 ppm).[8] Dr. Paustenbach[9] reported that benzene's odor threshold of 38 ppm (API was cited) doubles to 76 ppm for a worker who becomes accustomed to the smell.

17. According to the Shell study: "A final validation was done with the data from the final worksheets. This validation (Table 3, Appendix F) shows a reasonably good correlation between estimates based on sensory data and actual exposure levels."[10] Philip Cole, M.D., whose firm (Epidemiology Resources, Inc.) worked on the Shell study, submitted to Shell a document entitled Acute Myelogenous Leukemia and Other Forms of Leukemia at Wood River. That document "strongly recommended to Shell that the present findings be prepared for publication in a scientific journal."[11] Dr. Cole, "Professor and Chairman, Department of Epidemiology at the University of Alabama, … reviewed the data, evaluated the involved methodologies, and confirmed the findings."[12]

18. I compared those exposure estimates with measured benzene exposures published in the peer-reviewed literature (see pages 7 and 8 of my expert report). My reason for doing so was to demonstrate that my exposure estimates for Mr. Brown are comparable to those measured a) in relevant work environments (involving petrochemicals) and b) did not have engineering controls to limit exposures to benzene.

///

///

---

[8] Shell Oil Company; Estimate Of Historic Benzene Exposures At Two Petroleum Refineries; February, 1983 (Appendix F – Table 2(a) and 2(b))

[9] Paustenbach D.J., Price P.S. et al. Reevaluation of Benzene Exposure For The Pliofilm (Rubberworker) Cohort (1936-1976); Journal of Toxicology and Environmental Health; 36:177-231, 1992

[10] Shell Oil Company; Estimate Of Historic Benzene Exposures At Two Petroleum Refineries; February, 1983 (Appendix F – Table 3)

[11] Philip Cole, MD, MPH, DrPH; Epidemiology Resources, Inc.; Acute Myelogenous Leukemia And Other Forms Of Leukemia At Wood River; July 6, 1983

[12] Shell Oil Company; Estimate Of Historic Benzene Exposures At Two Petroleum Refineries; February, 1983 at Page 1

///

Pursuant to 18 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __15__ day of June, 2009

*Melvyn Kopstein*
Melvyn Kopstein