

8805 Columbia 100 Pkwy
Columbia, MD 21045

(410) 744-0700
FAX (410) 744-2003

www.episervices.com

**CURRICULUM VITAE**

# JOHN W. SPENCER, CIH, CSP

|  |  |
|---|---|
| Date of Birth: | 12 February 1954 |
| Citizenship: | USA |

**Education:**

| 1980-1981 | National Institute for Occupational Safety and Health and OSHA Training Institutes – Special Programs |
|---|---|
| 1973-1976 | B.S. Biological Sciences<br>University of Maryland<br>College Park, Maryland |
| 1972-1973 | St. Mary's College<br>St. Mary's City, Maryland |

**Professional Experience:**

| 1993 - Present | President<br>Environmental Profiles, Inc.<br>Baltimore, Maryland |
|---|---|
| June 1990 - 1993 | Vice President and Director of Environmental Sciences<br>National Medical Advisory Service<br>Bethesda, Maryland |
| 1988-1990 | Principal<br>Daft-McCune-Walker, Inc.<br>Towson, Maryland<br>President<br>DMW Environmental Services, Inc. a subsidiary of Daft-McCune-Walker |
| 1987-1988 | Corporate Industrial Hygienist and Environmental Coordinator<br>United States Fidelity and Guarantee Company<br>Baltimore, Maryland |
| 1982-1987 | Director of Industrial Hygiene and Occupational Health Programs<br>United States Coast Guard, 5th District<br>Portsmouth, Virginia |

# Exhibit A

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 2

**Professional Experience (cont.):**

| | |
|---|---|
| 1980-1982 | Team Leader/Industrial Hygienist<br>National Institute for Occupational Safety and Health<br>National Occupational Hazard Survey<br>Cincinnati, Ohio |
| 1977-1980 | Industrial Hygienist<br>Equitable Environmental Health<br>Rockville, Maryland |

**Certifications and Registrations:**

| | |
|---|---|
| 1987 | American Board of Industrial Hygiene<br>Certified Industrial Hygienist |
| 1991 | Board of Certified Safety Professionals<br>Certified Safety Professional |
| 2003 | Certified Indoor Air Quality Consultant |

**Professional Societies:**

| | |
|---|---|
| | American Indoor Air Quality Council |
| | American Industrial Hygiene Association |
| | American Board of Industrial Hygiene |
| | American Conference of Governmental Industrial Hygienists |
| | Board of Certified Safety Professionals |
| | American Association for the Advancement of Science |
| | Society for Chemical Hazard Communication |
| 1999 | Member, American Society of Safety Engineers |
| 1998 | Member, American Association for the Advancement of Science |
| 1996 | Member, New York Academy of Sciences |
| 1993-94 | Member, Maryland Industrial Hygiene Council |
| 1992-93 | President, American Industrial Hygiene Association, Chesapeake Section |
| 1992 | President-Elect, American Industrial Hygiene Association, Chesapeake Section |

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 3

**Committees:**

American Industrial Hygiene Association:
Product Health and Safety Committee (1991-1995)
- MSDS and Labeling and other Warning Issues
Emergency Response Planning Committee (1991-1999)

**Awards:**

1987            USF&G Company Excellence Through Service Award

1976            National Institutes of Health Outstanding Achievement Award

**Selected Project Management Experience:**

2001            Director of health, safety, and environmental management for a ship
                recycling firm.  Managed the proper removal of asbestos, PCB,
                mercury, lead, petroleum products, and other regulated substances.

1997            Planned and conducted facility audits for health and safety regulatory
                requirements and Voluntary Protection Programs elements.
                Completed eleven (11) facilities in a three-week period using in-house
                developed software auditing and tracking tools.

1994-1996       Developed and implemented exposure assessment strategies of film
                processing operations.  The operations included mass color film
                processing, and color film processing during the operation of a minilab.
                Investigations have also included the review of potential chemical
                exposures resulting from the use of X-ray development equipment in
                private doctors' offices and hospital environments.

1994            Conducted oversight of the environmental clean up of a U.S. naval
                aircraft carrier during a shipbreaking process. Evaluated for
                contaminated waters, painted surfaces, PCB, and asbestos containing
                materials.  Insured the proper removal and disposal of all waste
                materials.

                Developed product warning labels and material safety data sheets for
                industrial and consumer products.

                Managed the final clearance of asbestos from approximately 25
                occupied apartment buildings.  Oversaw clean-up strategy, including air
                monitoring of work and adjacent spaces.

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 4

**Selected Project Management Experience (cont.):**

| | |
|---|---|
| 1994 | Have conducted numerous indoor air quality investigations of commercial office space, clinical laboratories, and on University campuses. Assessments included review of the heating ventilating and air condition system, management programs to respond to IAQ complaints and real time monitoring for chemical, physical, and biological agents. |
| 1994 | Conducted audits of health, safety, environmental and management programs of multiple chemical processing facilities. |
| 1991, 1992, 1993 | Designed and implemented several comprehensive product risk analysis evaluations for product manufacturers. Analysis included hazard identification, toxicological assessments, industrial hygiene exposure assessment, and risk characterization. |
| | Recommendations to control or eliminate potential user exposures were provided. |
| 1991, 1992, 1993 | Supplemental information for product warnings by the MSDS, labels, and technical information bulletins was also included. |
| 1990, 1991, 1993 | Provided expert opinion on sufficiency of labels and warnings for chlorinated solvents, isocyanate, and benzene containing products. |
| 1989 | Evaluated a 450-acre manufacturing facility with nearly 3 million square feet of manufacturing and warehouse space for hazardous substances which may have represented liability to the potential purchaser under CERCLA. Reported directly to the Rouse Company in Columbia, Maryland as their environmental advisor for the approximate $43 million property transfer. |
| 1988-1990 | Have conducted numerous exposure assessments to evaluate actual personal exposure levels that resulted from various workplace tasks and environments. Benzene, asbestos, formaldehyde, chlorinated solvents, and automobile by-products of combustion were evaluated via real-time assessments to assess actual personal exposures. |
| 1988-1989 | Developed a groundwater monitoring and protection program for a new golf course facility. Determined environmental base line parameters to be applied to subsequent future groundwater sampling. Assessed pesticide environmental fate mechanisms and degradates resultant from turf management practices. |

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 5

**Selected Project Management Experience (cont.):**

| | |
|---|---|
| 1988-1989 | Evaluated hazardous material haulers exposure to cargo during pick-up, transit, and off-loading.  Established recommendations for personal protective equipment and work practices to reduce and eliminate significant exposures to cargo.  Chemicals evaluated included the isocyanates, MDI and TDI and methylene chloride. |
| 1986 | Conducted a detailed health hazard evaluation of an EPA Superfund (CERCLA) site in New Jersey.  Monitored hazardous waste site workers' exposure to a multitude of chemical contaminants. |
| 1985-1987 | Development and implementation of Occupational Medical Monitoring, Hearing Conservation, Lead, Asbestos and Hazard Communication programs for approximately 4,000 military and civilian personnel involved in manufacturing, office and residential environments. Measured exposures to benzene, aliphatic hydrocarbons, and other chemical and physical agents in industrial and shipboard environments. |
| 1985 | Conducted Asbestos and Lead Training Programs for shipyard workers involved in abatement procedures.  Instructed workers in the areas of potential health hazards, health and safety measures and methods for reducing their exposure.  Prepared labels for in-house product use. |
| 1980-1982 | Led a team of seven industrial hygienists in the NIOSH National Occupational Hazard Survey.  My team visited approximately 1,500 facilities across the United States.  We reviewed management practices related to employee safety and health, conducted wall-to-wall audits of the facility, reviewed product labels and MSDS, inventoried products and their constituents from readily available information and developed a product database. |
| 1979 | Conducted a wall-to-wall survey of a pharmaceutical facility evaluating worker exposures and recommended methods for regulatory compliance. |

**Professional Development Courses:**

Risk Assessment Symposium, AIHA 6-7 November 2008, Tampa, FL

Introduction to Monte Carlo Uncertainty Analysis, PDC 8, 26 September 1999, PCIH '99

Risk Assessment, PDC 6, 26 September 1999, PCIH '99

Mathematical Models for Occupational Exposure Assessment, PDC 402, 6 June 1999, AIHCE

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 6

**Professional Development Courses (cont.):**

International Hazard Communication, AIHA/SCHC (12 hrs)

Environmental Toxicology, Hood College (24 hrs)

Man-Made Mineral Fibers: Status of Health Risk Assessment, Johns Hopkins University (12.5 hrs)

Health Hazard Recognition & Evaluation, OSHA Institute (80 hrs)

Health Hazard Recognition & Evaluation, NIOSH Training Institute (80 hrs)

Chemical Process Industries, University of Cincinnati (40 hrs)

Industrial Ventilation Conference, North Carolina State University  (40 hrs)

Mechanisms of Toxicology, Johns Hopkins University (25 hrs)

Asbestos Symposium, Johns Hopkins University (8 hrs)

Loss Control Management, U. S. Coast Guard (40 hrs)

Pulmonary Medicine Topics, U.S. Navy Conference (8 hrs)

Navy Occupational & Environmental Health Workshop, U.S. Navy Conference (40 hrs)

Comprehensive Review of Industrial Hygiene, University of Utah (40 hrs)

Air Surveillance for Hazardous Materials, U.S. EPA (40 hrs)

Appropriate IH Data Collection for Future Occupational Epidemiology Studies (4 hrs)

Certified Indoor Air Quality Consultant Study/Review Course (20 hrs)

**Selected Speaking Engagements:**

2007            "A Validation Study of a Mathematical Model for Estimating Solvent Exposures in the Workplace."  American Industrial Hygiene Conference and Exposition, June 2007.

"The Implications of Input Variables Selection When Modeling Occupational Exposures."  American Industrial Hygiene Conference and Exposition, June 2007.

2003            "Estimating Past Exposures- The Scientific Basis for Reconstructing Asbestos Dose for Groups and Individuals." American Industrial Hygiene Conference, May 2003

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 7

**Selected Speaking Engagements (cont.):**

| | |
|---|---|
| 2002 | "Where do we start?  The proper response to an indoor air quality complaint.  Investigation and testing techniques; determining causes; remediation," 18th Annual Maryland Workers' Compensation Educational Association Inc. Conference, 24 September 2002. |
| 2001 | "Generating Exposure Data on Historical Activities or Products", American Industrial Hygiene Conference, 4 June 2001. |
| | "Evaluation of Chemical Exposures in Mammography X-Ray Development," American Industrial Hygiene Conference, 4 June 2001. |
| | "Comparison of Direct and Indirect Sample Preparation Methods for Asbestos Analysis", American Industrial Hygiene Conference, 6 June 2001. |
| 1999 | "The Actual Contribution of Airborne Asbestos Fibers to the Work Environment From Asbestos Gaskets", American Industrial Hygiene Conference and Exposition, 7 June 1999. |
| 1998 | Federal Safety and Health Council of Central Maryland Health & Safety Programs: Auditing, Self-Assessments and Issues Tracking |
| 1995 | "Environmental Health & Safety Auditing — Performance Measures," Program Chairperson, Johns Hopkins University, Baltimore, Maryland, October 1995 |
| | "Health & Safety Audits Course", Program Chairperson, Government Institute, Orlando, Florida, February 1995 |
| | "Issues Critical to Growth", Maryland Chamber of Commerce, Baltimore Leadership Training, Baltimore, MD, 15 May 1995 |
| 1994 | "Health and Safety Compliance Auditing Course", 3 days UNOCAL Corporation, Los Angeles, CA, August & September, 1994 |
| | "Indoor Air Quality; Putting the Issues into Perspective", American Industrial Hygiene Association, Chesapeake Section, Professional Development Conference.  U.S. Naval Academy, Annapolis, MD, October 1994 |
| 1994 | "Computer Applications for Managing Health, Safety and Environmental Programs" Safety Council of Maryland, June 1994 |
| | "Emergency Response Planning" Round table American Industrial Hygiene Conference, May 1994. |

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 8

**Selected Speaking Engagements (cont.):**

| | |
|---|---|
| 1994 | The OSHA Update Conference, Government Institutes, Inc., Washington, DC, 29-30 October 1992<br>— Health & Safety Audits |
| 1992 | The Environmental Management Development Summer Institute, Government Institutes, Washington, DC, 12 June 1992<br>— Hazard Communication Requirements<br>— Preparing for Inspections and Working with the Regulators |
| | Chairperson for "Product Risk Assessment" Roundtable, AIHA National Meeting |
| | Program Chairperson for "Health and Safety Auditing," Government Institute Programs |
| 1989 | Maryland Institute for Continuing Professional Education of Lawyers<br>Advanced Real Estate Institute<br>Environmental Issues in Land Development |
| 1988 | DMW/Cook, Howard, Downes and Tracy; Land Use Seminar<br>Property Investigations for Hazardous Substances for<br>Real Estate Transactions |
| 1987 | USF&G Loss Control Seminar<br>Environmental Hazard Assessment |
| 1986 | U.S. Coast Guard Marine Safety Training School<br>Environmental and Occupational Hazard Assessment |

**Professional Conference Poster Presentations:**

1.  Plisko, M.J. and Spencer, J.W.  1999.  *Measurement for Continuous Improvement of Health, Safety, and Environmental Programs.*  American Industrial Hygiene Conference and Exposition, Toronto, Canada.  June.

2.  Spencer, J.W.  2000.  *An Example of a Quantitative/Environmental Exposure Database-An Information Resource.*  American Industrial Hygiene Conference and Exposition, Orlando, Florida.  May.

3.  Burrelli, L., Nealley, M., Plisko, M., Spencer, J.  2004.  *Exposure Assessment: An Evaluation of Benzene from the Application and Use of Spiked Penetrating Solvents.*  American Industrial Hygiene Conference and Exposition, Atlanta, Georgia.  May.

4.  Plisko, M. and Spencer, J.  2004.  *Using a Physical-Chemical Mathematical Exposure Model for estimating Occupational Exposure.*  American Industrial Hygiene Conference and Exposition, Atlanta, Georgia.  May.

John W. Spencer, CIH, CSP
Curriculum Vitae (November 2008)
Page: 9

**Professional Publications:**

1. Torrence, P.R., and Spencer, J.W.  1978. "5- 0- Alkylated Derivatives of 5-Hydrox-2¹-deoxyuridine as Potential Antiviral Agents." *Journal of Medicinal Chemistry.* 21:228.

2. Gots, R.E., Gots, B.A., and Spencer, J. 1992. "Proving Causes of Illness in Environmental Toxicology: 'Sick Buildings' as an Example." *Fresenius Envir Bull.* 1:135.

3. Spencer, J.W.  1992.  *Health and Safety Audits.*  Government Institutes, Inc.

4. Rose, V.E. and Spencer, J.W.  1995.  *Hazard Communication: An AIHA Protocol Guide.* AIHA Publication.

5. Spencer, J.W., Plisko, M., Balzer, R.  1999.  "Asbestos Fiber Release from the Brake Pads of Overhead Industrial Cranes" *Occupational & Environmental Hygiene.* 14:397-402.

6. Nicas, M., Plisko, M.J., Spencer, J.W.  2006.  "Estimating Benzene Exposure at a Solvent Parts Washer." *Journal of Occupational and Environmental Hygiene.* 3:284-291.

7. Spencer, J.W. and Plisko, M.J. 2007.  "A Comparison Study Using a Mathematical Model and Actual Exposure Monitoring for Estimating Solvent Exposures During the Disassembly of Metal Parts." *Journal of Occupational and Environmental Hygiene.* 4:253-259.

8. Boelter, F.W., Spencer, J.W., Simmons, C.E.  2007.  "Heavy Equipment Maintenance Exposure Assessment:  Using a Time-Activity Model to Estimate Surrogate Values for Replacement of Missing Data." *Journal of Occupational and Environmental Hygiene.* 4:525-537.

9. Plisko, M.J. and Spencer, J.W.  2008. "Evaluation of a Mathematical Model for Estimating Solvent Exposure in the Workplace." *Journal of Chemical Health and Safety.* (15) 3:14-21.