IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEN N. BROWN, SR. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | C.A. NO. 4:08-cv-00413 |
| § | |
| SHELL OIL COMPANY, SHELL § | |
| CHEMICAL LP, RADIATOR SPECIALTY § | |
| COMPANY, AND JOHN DOES 1 § | |
| THROUGH 250, INCLUSIVE, § | |
| § | |
| *Defendants.* § | |

## ORDER

CAME TO BE HEARD Plaintiff's Motion to Exclude Portions of John Spencer's Testimony for Lack of Qualification Required By Fed. R. Evid. 702 and *Daubert*.

After considering Plaintiff's Motion and all responses thereto by Defendants, the Court DENIES Plaintiff's Motion.

SIGNED this _____ day of _____, 2009.

_____
United States District Court Judge
Southern District of Texas