IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEN N. BROWN, SR. § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. H-08-413 |
| § | |
| SHELL OIL CO., *et al.* § | |
| § | |
| Defendants. § | |

## ORDER

IT IS HEREBY ORDERED that Defendants Shell Oil Company's and Shell Chemical, LP's Motion to Exclude the Plaintiff's Causation Experts' Testimony (Sheila L. Butler, M.D., Robert Harrison, M.C., M.P.H. and Peter Infante, D.D.S., Dr.P.H.) **(Instrument No. 68)**, joined by Defendant Radiator Specialty Company (Instrument No. 74) and Shell Offshore Inc.(Instrument No. 124) is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the _29th_ day of September, 2009, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE